**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | |
|---|---|
| **REKINA REED** § | |
| § | |
| V. § | NO. 1:05-CV-781 |
| § | |
| **OMNI OPTICAL LAB INC.,** § | |
| **CVG PRODUCT SERVICES INC.,** § | |
| **doing business as Omni Optical Lab,** § | |
| **ESSILOR LABORATORIES OF** § | |
| **AMERICA L.P., OMEGA OPTICAL** § | |
| **GENERAL INC., as the General** § | |
| **Partner of Essilor Laboratories of** § | |
| **America, L.P., and TSO INC., doing** § | |
| **business as Omini Lab, Inc.** § | |

**ORDER ADOPTING
<u>MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>**

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings under Referral Order RC-72.1. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant the parties' agreed motion to dismiss, without prejudice, defendant TSO, Inc. from this action.

The magistrate judge's report is hereby **ADOPTED**. The court will enter an order granting the parties' agreed motion to dismiss separately.

So **ORDERED** and **SIGNED** this **14** day of **June, 2006.**

_____
Ron Clark, United States District Judge