# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| **REKINA REED** | § | |
| | § | |
| V. | § | NO. 1:05-CV-781 |
| | § | |
| **OMNI OPTICAL LAB INC.,** | § | |
| **CVG PRODUCT SERVICES INC.,** | § | |
| **doing business as Omni Optical Lab,** | § | |
| **ESSILOR LABORATORIES OF** | § | |
| **AMERICA L.P., OMEGA OPTICAL** | § | |
| **GENERAL INC., as the General** | § | |
| **Partner of Essilor Laboratories of** | § | |
| **America, L.P., and ESSILOR OF** | § | |
| **AMERICA, INC.** | § | |

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to a Referral Order RC-72.1. The court has received and considered the report of the United States magistrate judge, who recommends that the court enter final judgment pursuant to settlement and an order of dismissal.

The magistrate judge's report is hereby **ADOPTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

So **ORDERED** and **SIGNED** this **31** day of **October, 2006.**

_____
Ron Clark, United States District Judge